

ATTORNEYS AT LAW

MORRISTOWN NJ • NEW YORK CITY • PRINCETON NJ

JOHN T. CHESTER
MEMBER, NJ, PA AND TX BARS
DIRECT DIAL NO.: 973-889-4102
E-MAIL ADDRESS: JTCHESTER@PBNLAW.COM

January 17, 2012

**VIA ECF AND REGULAR MAIL**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Courtroom 3C
Newark, NJ 07101

      Re:   *Jones v. Sprint Communications Co., L.P., et al.*
              Civil Action No.:  2:11-cv-6887-JLL-MAH
              Our File No.:      13483.56943

Dear Judge Hammer:

    By letter dated January 6, 2012, we requested the *pro hac vice* admission of Dan Millea, Esq. on behalf of plaintiffs Carolyn Swift Jones and Nicole Stone.

    At this time, as requested by Your Honor's Law Clerk, Cindy, we submit the following revised certifications in support of the requested admission to include the recitals required by Your Honor's January 10, 2012, letter concerning requirements for the early stages of litigation:

    1.   *Revised* Certification of Admission and Good Standing of Dan Millea, Esq.; and

    2.   *Revised* Certification of John T. Chester, Esq.

    A proposed form of order is also enclosed. All defendants have consented to the requested admission.

                                                                           Respectfully yours,

                                                                                    John T. Chester

Enclosures

100 SOUTHGATE PARKWAY, P.O. BOX 1997
MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006
FAX (973) 538-5146
www.pbnlaw.com

1677199



**ATTORNEYS AT LAW**

Hon. Michael A. Hammer, U.S.M.J.
January 17, 2012
Page 2

cc:    Paul Piantino III, Esq. (counsel of record for defendant Qwest Communications Co., LLC)
       J. Emmett Logan, Esq. (national counsel for defendant Sprint Communications Co., L.P.)
       Joseph E. Jones, Esq. (national counsel for defendant Level 3 Communications, LLC)

1677199