**PORZIO, BROMBERG & NEWMAN P.C.**
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 538-4006
*Attorneys for Plaintiffs*
*Carolyn Swift Jones and Nicole Stone*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAROLYN SWIFT JONES AND NICOLE STONE, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P., QWEST COMMUNICATIONS COMPANY, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants. | Civil Action No. 2:11-cv-6887-JLL-MAH<br><br><br>*REVISED* **CERTIFICATION OF ADMISSION AND GOOD STANDING OF DAN MILLEA, ESQ.**<br><br><br>*Document Electronically Filed and Served Via ECF System* |

I, DAN MILLEA, do hereby certify:

1. I am a partner with the law firm of Zelle Hofmann Voelbel & Mason LLP in Minneapolis, Minnesota. I make this certification in support of my application for admission *pro hac vice* pursuant to L.Civ.R. 101.1(c). I have personal knowledge of the facts set forth herein.

2. I and my firm have significant knowledge and familiarity with the issues in this action, and I have been requested to be admitted *pro hac vice* in this matter.

3. I am admitted to practice and a member in good standing before the courts of the states of Minnesota (License No. 245963) and Iowa (License No. 12570), and the federal bars of the District of Minnesota, District of Nebraska, District of Colorado, Eastern District of

1677302

Michigan, Southern District of Illinois, Northern District of Iowa, and the U.S. Court of Appeals for the Sixth Circuit, Seventh Circuit, Eighth Circuit, and Ninth Circuit.

4. The attached Addendum includes the dates of my admissions, and the names and addresses of the offices maintaining the bar rolls for each jurisdiction identified above, pursuant to L.Civ.R. 101.1(c)(1).

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I will submit to the Court's jurisdiction for discipline.

7. I will pay the Clerk's fee of $150.00.

8. I will make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for this year and any subsequent year in which I continue to represent a client in a matter pending in this Court.

9. I will abide by L.Civ.R. 101.1(c).

10. All defendants have consented to my *pro hac vice* admission in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: January 17, 2012

Dan Millea
Zelle Hofmann Voelbel & Mason LLP
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota
(612) 336-9170
(612) 336-9100 Fax
dmillea@zelle.com

**Addendum**

| | |
|---|---|
| State of Iowa<br><br>Date of Admission: 7/7/1990 | Office of Professional Regulation<br>Judicial Branch Building<br>1111 East Court Avenue<br>Des Moines, Iowa  50319 |
| State of Minnesota<br><br>Date of Admission: 8/19/1994 | Lawyer Registration<br><br>Minnesota Judicial Center Room 305<br><br>25 Rev. Dr. Martin Luther King Jr. Blvd.<br><br>St. Paul, MN 55155 |
| U.S.D.C. D. Neb.<br><br>Date of Admission: 8/26/1997 | United States District Court for the District of Nebraska<br>Office of the Clerk of Court<br>111 South 18th Plaza<br>Suite 1152<br>Omaha, NE 68102 |
| U.S.D.C. D. Colo.<br><br>Date of Admission: 8/1/2001 | United States District Court for the District of Colorado<br>Office of the Clerk of Court<br>Alfred A. Arraj U.S. Courthouse, Room A-105<br>901 19th Street<br>Denver, CO  80294-3589 |
| U.S.D.C. E.D. Mich.<br><br>Date of Admission: 4/28/1996 | United States District Court for the Eastern District of Michigan<br>Office of the Clerk of Court<br>231 W. Lafayette Blvd.<br>Detroit, MI  48226 |
| U.S.D.C. S.D. Ill.<br><br>Date of Admission: 8/10/2001 | United States District Court for the Southern District of Illinois<br>Office of the Clerk of Court<br>750 Missouri Avenue<br>P.O. Box 249<br>East St. Louis, IL  62201 |
| U.S.D.C. N.D. Iowa<br><br>Date of Admission: 1/23/2003 | United States District Court for the Northern District of Iowa<br>Office of the Clerk of Court<br>4200 C Street SW<br>Cedar Rapids, IA  52404 |

| | |
|---|---|
| U.S. Court of Appeals – Sixth Circuit<br><br>Date of Admission: 2/28/2008 | United States Court of Appeals for the Sixth Circuit<br>Office of the Circuit Court Clerk<br>540 Potter Stewart U.S.Courthouse<br>100 E. Fifth Street<br>Cincinnati, Ohio 45202 |
| U.S. Court of Appeals – Seventh Circuit<br><br>Date of Admission: 7/23/2003 | United States Court of Appeals for the Seventh Circuit<br>Office of the Circuit Court Clerk<br>Everett McKinley Dirksen United States Courthouse<br>219 South Dearborn Street, Room 2722<br>Chicago IL 60604 |
| U.S. Court of Appeals – Eighth Circuit<br><br>Date of Admission: 10/25/1996 | United States Court of Appeals for the Eighth Circuit<br>Office of the Circuit Court Clerk<br>Thomas F. Eagleton Courthouse<br>Room 24.329<br>111 South 10th Street<br>St. Louis, MO 63102 |
| U.S. Court of Appeals – Ninth Circuit<br><br>Date of Admission: 2/15/2000 | United States Court of Appeals for the Ninth Circuit<br>Office of the Circuit Court Clerk<br>P.O. Box 193939<br>San Francisco, CA 94119 |