**PORZIO, BROMBERG & NEWMAN P.C.**
100 Southgate Parkway
Morristown, NJ  07962-1997
(973) 538-4006
*Attorneys for Plaintiffs*
*Carolyn Swift Jones and Nicole Stone*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAROLYN SWIFT JONES AND NICOLE STONE, for themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P., QWEST COMMUNICATIONS COMPANY, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>                    Defendants. | Civil Action No. 2:11-cv-6887-JLL-MAH<br><br><br>***REVISED* CERTIFICATION OF JOHN T. CHESTER, ESQ.**<br><br><br>*Document Electronically Filed and Served Via ECF System* |

I, JOHN T. CHESTER, do hereby certify:

1. I am a Counsel with the law firm of Porzio, Bromberg & Newman P.C., counsel of record for plaintiffs, Carolyn Swift Jones and Nicole Stone, in this action.

2. I submit this certification pursuant to L.Civ.R. 101.1(c) in support of plaintiffs' request for the *pro hac vice* admission of Dan Millea, Esq.  I have personal knowledge of the facts set forth herein.

3. I am admitted to practice and a member in good standing before the courts of the states of New Jersey (License No. 022531991), Pennsylvania (License No. 63955, inactive), and Texas (License No. 00789218, inactive), and the federal bar of the Northern District of Texas.

1677297

4. The attached Addendum includes the dates of my admissions, and the contact information for the offices maintaining the bar rolls for the jurisdictions identified above.

5. Mr. Millea is an attorney with the law firm of Zelle Hofmann Voelbel & Mason LLP in Minneapolis, Minnesota. As set forth in the accompanying Certification of Admission and Good Standing of Dan Millea, Esq., Mr. Millea and his firm have significant knowledge and familiarity with the issues in this action, and he has been requested to be admitted *pro hac vice* in this matter.

6. As counsel of record, Porzio, Bromberg & Newman P.C., through its attorneys, will (a) be responsible for the conduct of the attorney admitted *pro hac vice* and the cause, (b) sign all pleadings and submissions and make all court appearances, and (c) ensure that the attorney admitted *pro hac vice* complies with L.Civ.R. 101.1(c).

7. All defendants have consented to Mr. Millea's *pro hac vice* admission.

8. For the reasons set forth in this certification and the Certification of Admission and Good Standing of Dan Millea, Esq., plaintiffs respectfully request that Mr. Millea be admitted *pro hac vice* in this matter.

9. A proposed form of order is submitted herewith.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: January 17, 2012            *s/ John T. Chester*
                                   John T. Chester

## **ADDENDUM**

| | |
|---|---|
| State of New Jersey<br>Date of Admission:  1/2/1992 | Secretary<br>Board of Bar Examiners<br>P.O. Box 973<br>Trenton, NJ  08625 |
| State of Pennsylvania<br>Date of Admission:  12/27/1991 | The Disciplinary Board<br>Supreme Court of Pennsylvania<br>Pennsylvania Judicial Center<br>601 Commonwealth Ave., Suite 5600<br>P.O. Box 62625<br>Harrisburg, PA 17120 |
| State of Texas<br>Date of Admission:  5/6/1994 | State Bar of Texas<br>Texas Law Center<br>1414 Colorado Street<br>Austin, Texas 78701 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served via regular mail and email a copy of the within certification, the accompanying Certification of Dan Millea, and the proposed form of order upon the following counsel for defendants:

- Paul Piantino III, Esq.
  *Counsel of record for defendant Qwest Communications Co., LLC*

- J. Emmett Logan, Esq.
  *National counsel for defendant Sprint Communications Co., L.P.*

- Joseph E. Jones, Esq.
  *National counsel for defendant Level 3 Communications, LLC*

Dated: January 17, 2012         *s/ John T. Chester*
                                John T. Chester