**PORZIO, BROMBERG & NEWMAN P.C.**
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 538-4006
*Attorneys for Plaintiffs*
*Carolyn Swift Jones and Nicole Stone*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAROLYN SWIFT JONES AND NICOLE STONE, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P., QWEST COMMUNICATIONS COMPANY, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants. | Civil Action No. 2:11-cv-6887-JLL-MAH<br><br><br>**ORDER ADMITTING**<br>**DAN MILLEA *PRO HAC VICE*** |

THIS MATTER having been opened to the court by Porzio, Bromberg & Newman P.C., counsel of record for plaintiffs, Carolyn Swift Jones and Nicole Stone, for the *pro hac vice* admission of Dan Millea, Esq. pursuant to L.Civ.R. 101.1(c), and the Court having considered the supporting papers, and defendants having consented to the requested admission, and for good cause shown,

IT IS ON this        day of              , 2012, ORDERED AS FOLLOWS:

1.      Dan Millea, Esq. is hereby admitted *pro hac vice* and permitted to appear and participate in this action on behalf of plaintiffs, pursuant to L.Civ.R. 101.1(c).

1677258

2. The attorney admitted *pro hac vice* shall:

    (a) promptly notify the Court of the institution of any disciplinary proceedings before any court during the period of *pro hac vice* admission;

    (b) make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for this year and any subsequent year in which the admitted attorney continues to represent a client in a matter pending in this Court;

    (c) make a payment of $150.00 payable to the Clerk, United States District Court for the District of New Jersey;

    (d) take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees during the period of *pro hac vice* admission;

    (e) comply with the rules of the court, including all disciplinary rules, during the period of *pro hac vice* admission; and

    (f) submit to the disciplinary jurisdiction of this Court during the period of *pro hac vice* admission.

3. Only counsel of record admitted to practice before this Court may sign and file pleadings and other papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

                                                         Hon. Michael A. Hammer, U.S.M.J.