UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CAROLYN SWIFT JONES, et al., | : | |
| Plaintiffs, | : | Civil Action No. 11-6887 (JLL) |
| v. | : | |
| SPRINT COMMUNICATIONS CO., L.P., et al., | : | ORDER ON INFORMAL APPLICATION |
| Defendants. | : | |

This matter having come before the Court on the application of Porzio, Bromberg & Newman P.C. ["the movant"], attorneys for the Plaintiffs, Carolyn Swift Jones and Nicole Stone, for the pro hac vice admission of Dan Millea, Esq. ["counsel"] pursuant to L. Civ. R. 101.1;

and the Court having considered the submissions in support of the application, which reflect that counsel satisfies the requirements set forth in L. Civ. R. 101.1(c)(1);

and there being no opposition to this application;

and for good cause shown,

IT IS ON THIS 23rd day of January, 2012,

ORDERED that the application for the pro hac vice admission of counsel is granted;

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against

counsel that may arise from counsel's participation in this matter;

      IT IS FURTHER ORDERED that the movant shall (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter;

      IT IS FURTHER ORDERED that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in this matter;

      IT IS FURTHER ORDERED that counsel shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission _pro hac vice_ in accordance with L. Civ. R. 101.1(c)(3); and

      IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or their inability to be in attendance at proceedings.

      s/Michael A. Hammer
      **UNITED STATES MAGISTRATE JUDGE**