WHITE AND WILLIAMS LLP
BY: Paul Piantino, III, Esquire
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
Attorney for Defendant, Qwest Communications Company, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - NEWARK VICINAGE

| | |
|---|---|
| CAROLYN SWIFT JONES, NICOLE STONE, for themselves and all others similarly situated, | : <br> : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION <br> : |
| v. | : C.A. NO.: 2:11-CV-06887 <br> : |
| SPRINT COMMUNICATIONS COMPANY, L.P., QWEST COMMUNICATIONS COMPANY, LLC and LEVEL 3 COMMUNICATIONS, LLC, | : **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTOPHER J. KOENIGS, ESQUIRE** |
| Defendants. | : <br> : <br> : |

TO:   John T. Chester, Esquire
      PORZIO, BROMBERG & NEWMAN, P.C.
      100 Southgate Parkway
      P.O. Box 1997
      Morristown, NJ 07962-1997

      Steven P. Benenson, Esquire
      PORZIO, BROMBERG & NEWMAN, P.C.
      100 Southgate Parkway
      P.O. Box 1997
      Morristown, NJ 07962-1997

**PLEASE TAKE NOTICE** that the undersigned shall move before the United States District Court for the District of New Jersey, Newark Vicinage, Martin Luther King, Jr.

8614167v.1

Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for an Order granting Christopher J. Koenigs, Esquire *pro hac vice* admission pursuant to L.Civ.R. 101.1(C).

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the enclosed Certifications in support of said Motion.

In the event that any opposition is received only, oral argument is respectfully requested.

WHITE AND WILLIAMS, LLP
Attorney for Defendant,
Qwest Communications Company, LLC

By: s/Paul Piantino, III

Dated: January 24, 2012

8614167v.1