WHITE AND WILLIAMS LLP
BY:  Paul Piantino, III, Esquire
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
Attorney for Defendant, Qwest Communications Company, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - NEWARK VICINAGE

| | |
|---|---|
| CAROLYN SWIFT JONES, NICOLE STONE, for themselves and all others similarly situated, | : <br> : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION <br> : |
| v. | : C.A. NO.: 2:11-CV-06887 <br> : |
| SPRINT COMMUNICATIONS COMPANY, L.P., QWEST COMMUNICATIONS COMPANY, LLC and LEVEL 3 COMMUNICATIONS, LLC, | : **STATEMENT THAT NO BRIEF IS** <br> : **NECESSARY** <br> : <br> : <br> : |
| Defendants. | : <br> : |

I, Paul Piantino, III, attorney for Defendant Qwest Communications Company, LLC, do hereby certify that no brief is necessary in support of the Motion for Admission of Christopher J. Koenigs, Esquire, *Pro Hac Vice* as reliance will be made on the enclosed Declarations of Counsel.

                                          WHITE AND WILLIAMS, LLP
                                          Attorney for Defendant,
                                          Qwest Communications Company, LLC

                                         By: s/Paul Piantino, III

Dated: January 24, 2012

8614198v.1