UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - NEWARK VICINAGE

| | |
|---|---|
| CAROLYN SWIFT JONES, NICOLE STONE, for themselves and all others similarly situated, | : <br> : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION <br> : |
| v. | : C.A. NO.: 2:11-CV-06887 <br> : |
| SPRINT COMMUNICATIONS COMPANY, L.P., QWEST COMMUNICATIONS COMPANY, LLC and LEVEL 3 COMMUNICATIONS, LLC, | : <br> : **AFFIDAVIT IN SUPPORT OF** <br> : **MOTION FOR LEAVE TO APPEAR** <br> : **PRO HAC VICE** |
| Defendants. | : <br> : <br> : <br> : |

**STATE OF COLORADO**     )
**CITY AND**              )     SS:
**COUNTY OF DENVER**      )

Pursuant to L. Civ. R. 101.1(c), duly sworn, I declare under oath that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is Michael B. Carroll. I make this Affidavit in support of my application for *pro hac vice* admission pursuant to L. Civ. R. 101.1 (c).

2. I practice under the following firm name or letterhead:

    Name:       Sherman & Howard L.L.C.

    Address:    633 Seventeenth Street, Suite 3000
                     Denver, Colorado 80202

    Telephone:  (303) 297-2900

8591470v.1

    Facsimile:       (303) 298-0940

    Email Address: mcarroll@shermanhoward.com

3.  In accordance with L. Civ. R. 101.1 (c), I note that I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Courts of the State of Colorado<br>633 17th Street, Suite 1300<br>Denver, CO 80202 | 10/25/1989 | 18736 |
| U.S. District Court, District of Colorado<br>901 19th Street<br>Denver, CO 80294 | 11/20/1989 | N/A |
| 10th Circuit Court of Appeals<br>The Byron White U.S. Courthouse<br>1823 Stout Street<br>Denver, CO 80257 | 6/19/1992 | N/A |
| Colorado Supreme Court<br>101 W. Colfax Avenue<br>Suite 800<br>Denver, CO 80203 | 10/30/2006 | N/A |

4.  I have reviewed L. Civ. R. 101.1 (c) and agree to comply with the Rule. Pursuant to that Rule, my clients have previously retained local counsel to assist in the representation in this case and I agree that local counsel will file all papers, enter appearances, sign stipulations or sign and receive payments on judgments, decrees or orders.

5.  I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

8591470v.1

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any Court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I am contemporaneously submitting a registration to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive system-generated notices of electronic filing.

_____
MICHAEL B. CARROLL

Subscribed and sworn to
before me, a notary public,
on January __12__, 2012.

_____
NOTARY PUBLIC

My commission expires: __1/29/2016__

8591470v.1