UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAROLYN SWIFT JONES AND NICOLE STONE, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P., QWEST COMMUNICATIONS COMPANY, LLC, AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants. | Civil Action No. 2:11-cv-6887-JLL-MAH<br><br><br>**REQUEST FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>*Document Electronically Filed and Served Via ECF System* |

Request is hereby made for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court on behalf of each *pro hac vice* attorney listed below.

### *PRO HAC VICE* ATTORNEY INFORMATION

Daniel J. Millea, Esq.
Zelle, Hofmann, Voelbel & Mason, L.L.P
500 Washington Avenue South, Suite 4000
Minneapolis, MN  55415
(612) 336-9170
dmillea@zelle.com


Dated:  January 31, 2012          By:          s/ *John T. Chester*
                                                     John T. Chester

                                        **PORZIO, BROMBERG & NEWMAN P.C.**
                                        100 Southgate Parkway
                                        Morristown, NJ  07962-1997
                                        (973) 538-4006
                                        (973) 538-5146 Fax
                                        jtchester@pbnlaw.com
                                        *Attorneys for Plaintiffs,*
                                        *Caroline Swift Jones, and Nicole Stone*

1702386