WHITE AND WILLIAMS LLP
BY: Paul Piantino, III, Esquire
The Atrium
East 80 Route 4
Paramus, New Jersey 07652
Attorney for Defendants, Qwest Communications Company, LLC, Sprint Communications Company and Level 3 Communications, LLC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - NEWARK VICINAGE

| | |
|---|---|
| CAROLYN SWIFT JONES, NICOLE STONE, for themselves and all others similarly situated, | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : C.A. NO.: 2:11-CV-06887 : (JLL)(MAH) |
| SPRINT COMMUNICATIONS COMPANY, L.P., QWEST COMMUNICATIONS COMPANY, LLC and LEVEL 3 COMMUNICATIONS, LLC, | : **REVISED CERTIFICATION OF PAUL PIANTINO, III** |
| Defendants. | : |

I, PAUL PIANTINO, III, do hereby certify:

1. I am a partner with the law firm of White and Williams LLP, counsel of record for Defendants, Qwest Communications Company, LLC, Sprint Communications Company and Level 3 Communications, LLC. ("Defendants")

2. I am admitted to practice in and am a member in good standing of the bar of the State of New Jersey.

8697648v.1

3. I am also admitted to practice and a member in good standing of this Honorable Court (New Jersey License No.: 010661996; Date of Admission: July 23, 1996).

4. I submit this certification pursuant to L. Civ. R. 101.1 (c) in support of Defendants' request for the *pro hac vice* admission of Christopher J. Koenigs, of Sherman & Howard L.L.C. I have personal knowledge of the facts set forth herein.

5. Mr. Koenigs is an attorney with the law firm of Sherman & Howard L.L.C. As set forth in the accompanying Certification of Admission and Good Standing of Christopher J. Koenigs, Esq., Mr. Koenigs and his firm have significant knowledge and familiarity with the issues in this action, and he has been requested to be admitted *pro hac vice* in this matter.

6. As counsel of record, White and Williams LLP, through its attorneys, will comply with the provisions of L. Civ. R. 101.1 (c) and ensure that Christopher J. Koenigs, Esq. complies with said Rule also.

7. The undersigned will be responsible for the conduct of Christopher J. Koenigs, Esq. and the cause.

8. The undersigned will sign all pleadings and submissions and make all Court appearances.

9. Plaintiff has consented to Mr. Koenigs' *pro hac vice* admission.

10. For the reasons set forth in this certification and the Certification of Admission and Good Standing of Christopher J. Koenigs, Esq., Defendants respectfully request that Mr. Koenigs be admitted *pro hac vice* in this matter.

11. A proposed form of Order is submitted herewith.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

s/Paul Piantino, III

DATED:   January 30, 2012

8697648v.1